IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA BERGSTROM,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON, L.L.C., STACIE DYE, AMY SMITH, AMANDA GENTRY, WARDEN POCATELLO WOMEN'S CORRECTIONAL CENTER, and JOHN/JANE DOES 1-10,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00267-MDH<br><br>**ORDER ADOPTING STIPULATION FOR PROTECTIVE ORDER** |

Currently pending before the Court is the Stipulation for Protective Order (Doc. 51), signed by all parties. Having considered the record and otherwise being fully advised,

**IT IS HEREBY ORDERED THAT:**

1. The parties' Stipulation for Protective Order (Doc. 51) is **GRANTED**, **APPROVED** and **ADOPTED** and the procedures set forth therein shall be used in this action.

**IT IS SO ORDERED.**

Dated: May 4, 2021

                                                                         */s/ Douglas Harpool*
                                                                          **DOUGLAS HARPOOL**
                                                                          **United States District Judge**