UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTINA BERGSTROM,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON, LLC et al., | Case No. 1:20-cv-00267-MDH |

## ORDER

Pending before the Court is Howard A. Belodoff's, Rebecca Anne Rainey's, and Olivia Nicole Ford's ("Plaintiff's counsel") Amended Motion to Withdraw as Counsel for Plaintiff Christina Bergstrom. (Doc. 62). Plaintiff's counsel assert that Plaintiff actively participated in the preparation and prosecution of her case until about six weeks before the instant motion was filed. Since then, it is alleged Plaintiff has ceased contact with Plaintiff's counsel. Movants state that Plaintiff's failure to keep in contact with her counsel has made it impossible for Plaintiff's counsel to continue to represent her interests in this case.

Plaintiff's counsel may be allowed to withdraw. First, the Court **ORDERS** Plaintiff's counsel certify to the Court that Plaintiff's counsel have made good faith best efforts to communicate to Plaintiff that her failure to communicate is preventing them from effectively representing her in this case, that as a result, Plaintiff's counsel has requested that the Court allow them to withdraw as attorneys of record, and that if this motion is granted, Plaintiff will be required to obtain new counsel or proceed *pro se*. Plaintiff's counsel should additionally certify that counsel

have used their good faith best efforts to communicate to Plaintiff that if they are allowed to withdraw, Plaintiff's failure to obtain new counsel or pursue her case as her own counsel will lead to the dismissal of this action.

**IT IS SO ORDERED.**

Dated: August 5, 2021         /s/ Douglas Harpool
                                                   **DOUGLAS HARPOOL**
                                                   **United States District Judge**